IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03433

STEPHEN BUSHANSKY,

    Plaintiff,

v.

JAGGED PEAK ENERGY INC.,
JAMES J. KLECKNER,
CHARLES D. DAVIDSON,
ROGER L. JARVIS,
JANEEN S. JUDAH
MICHAEL C. LINN,
ADRIANNA C. MA,
JOHN R. SULT,
S. WIL VANLOH, JR.,
DHEERAJ VERMA, and
BLAKE A. WEBSTER,

    Defendants.

## NOTICE OF RELATED CASES

**PLEASE TAKE NOTICE** that pursuant to D.C.COLO.LCivR 3.2, Plaintiff Stephen Bushansky ("Plaintiff"), by and through his undersigned counsel, notifies the Court of the following related cases:

    1.    *Wynne v. Jagged Peak Energy Inc. et al.,* Civil Action No., 19-cv-03281-NRN, United States District Court for the District of Colorado.

Numerous parties to the related actions are identical to this action – i.e., Jagged Peak Energy Inc., James J. Kleckner, Charles D. Davidson, Roger L. Jarvis, Janeen S. Judah, Michael C. Linn, Adrianna C. Ma, John R. Sult, S. Wil VanLoh, Jr., Dheeraj Verma, and Blake A. Webster.

2

| | |
|---|---|
| Dated: December 5, 2019 | Respectfully submitted, |
| | /s/ *Richard A. Acocelli* |
| | Richard A. Acocelli |
| | **WEISSLAW LLP** |
| | 1500 Broadway, 16th Floor |
| | New York, NY 10036 |
| | Telephone: (212) 682-3025 |
| | Facsimile: (212) 682-3010 |
| | Email: racocelli@weisslawllp.com |
| | |
| | *Attorneys for Plaintiff* |